IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Oakwood Homes Corporation, et al., | ) Case No. 02-13396(PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| OHC Liquidation Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 07-799 |
| | )                           07-215 |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (USA), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Marla Rosoff Eskin, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Whitman L. Holt to represent the OHC Liquidation Trust in this action. The Admittee is admitted, practicing, and in good standing in the jurisdictions named below.

Date: December 10, 2007         **CAMPBELL & LEVINE, LLC**

                                /S/ Marla Rosoff Eskin
                                Marla Rosoff Eskin (No. 2989)
                                800 North King Street, Suite 300
                                Wilmington, DE 19801
                                Phone: (302) 426-1900
                                Facsimile: (302) 426-9947
                                E-mail: meskin@camlev.com

{D0095480.1 }

**ORDER GRANTING MOTION**

IT IS HERBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

_____
United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar for the State of California and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: 12/10/07        Signed: _____
Whitman L. Holt (CA SBN 238198)
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Phone: 310 228-5690
Facsimile: 310 228-5788
E-Mail: WHolt@Stutman.com

{D0095480.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Oakwood Homes Corporation, et ) | Case No. 02-13396 (PJW) |
| al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |
| OHC Liquidation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case Nos. 07-799 |
| ) | 07-215 |
| Credit Suisse (f/k/a Credit ) | |
| Suisse First Boston, a Swiss ) | |
| banking corporation), Credit ) | |
| Suisse Securities (USA), LLC ) | |
| (f/k/a Credit Suisse First ) | |
| Boston LLC), Credit Suisse ) | |
| Holdings (USA), Inc. (f/k/a ) | |
| Credit Suisse First Boston, ) | |
| Inc.), and Credit Suisse (USA), ) | |
| Inc. (f/k/a Credit Suisse First ) | |
| Boston (U.S.A.), Inc.), the ) | |
| subsidiaries and affiliates of ) | |
| each, and Does 1 through 100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on December 10, 2007, I caused a copy of the ***Motion and Order for Admission Pro Hac Vice***, to be served upon the individuals listed below via the method indicated.

{D0096495.1}

| | |
|---|---|
| Lee E. Kaufman, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Mary K. Warren, Esq.<br>Michael Osnato, Esq.<br>J. Justin Williamson, Esq.<br>Paul R. Wickes, Esq.<br>Linklaters<br>1345 Avenue of the Americas<br>Nineteenth Floor<br>New York, NY 10105<br>**VIA FEDERAL EXPRESS** |

Dated: December 10, 2007       CAMPBELL & LEVINE, LLC

*/s/ Kathryn S. Keller*
Marla Rosoff Eskin (No. 2989)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0096495.1 }