800 N. King Street                                  Marla Rosoff Eskin • meskin@camlev.com
Suite 300
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

# Campbell & Levine, LLC

Attorneys at Law

December 26, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Room 4124
Lockbox 27
Wilmington, Delaware 19801

    Re:  **OHC Liquidation Trust v. Credit Suisse, et al. (In re Oakwood Homes Corp.), Civil Case No. 07-cv-00799-JJF**

Dear Judge Farnan:

    We write briefly to note that the assorted arguments Defendants raise in their letter dated December 21, 2007, as well as Plaintiff's responses to those arguments, have been fully briefed in the two motions pending before the Court, and we will not repeat them here.

    We further do not join Defendants' request for a status conference at this juncture, because the motions presently before the Court can be resolved based upon the parties' papers and any status or trial-setting conference would be far more productive once those motions have been resolved. Nevertheless, we will attend a status conference or hearing at any time the Court deems to be appropriate.

Respectfully submitted,

/s/ Marla Rosoff Eskin
Marla Rosoff Eskin

cc:  VIA ELECTRONIC MAIL
    Tony Castañares, Esquire, Stutman, Treister & Glatt P.C.
    Stephan M. Ray, Esquire, Stutman, Treister & Glatt P.C.
    Scott H. Yun, Esquire, Stutman, Treister & Glatt P.C.
    Whitman L. Holt, Esquire, Stutman, Treister & Glatt P.C.
    Russell C. Silberglied, Esquire, Richards, Layton & Finger, P.A.
    R. Paul Wickes, Esquire, Linklaters LLP

{D0100059.1 }

OHC Litigation Trust
December 26, 2007
Page 2

      Mary K. Warren, Esquire, Linklaters LLP
      Michael J. Osnato, Jr., Esquire, Linklaters LLP
      J. Justin Williamson, Esquire, Linklaters LLP

{D0100059.1}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 04-57060 (PJW) |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | ) ) ) ) ) ) ) ) ) ) | Civil Case No. 07-00799 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

     I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on December 26, 2007, I caused a copy of the ***Letter to The Honorable Joseph J. Farnan, Jr.,*** to be served upon the individuals listed below via the method indicated.

| | |
|---|---|
| Lee E. Kaufman, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Mary K. Warren, Esq.<br>Michael Osnato, Esq.<br>J. Justin Williamson, Esq.<br>Paul R. Wickes, Esq.<br>Linklaters<br>1345 Avenue of the Americas<br>Nineteenth Floor<br>New York, NY 10105<br>**VIA FEDERAL EXPRESS** |

Dated: December 26, 2007        CAMPBELL & LEVINE, LLC

*/s/ Marla Rosoff Eskin*
Marla Rosoff Eskin (No. 2989)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0100065.1 }