# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                      )

OAKWOOD HOMES CORPORATION, et al.,   )   Chapter 11
                                      )
             Debtors.       )   Case No. 02-13396 (PJW)
                                        )

OHC Liquidation Trust,             )
                                        )
            Plaintiff,     )
                                        )

         v.                        )
Credit Suisse (f/k/a. Credit Suisse First Boston,   )   Civil Action Nos. 07-799 (JJF) & 07-215 (JJF)
a Swiss banking corporation), Credit Suisse   )
Securities (USA), LLC (f/k/a Credit Suisse   )
First Boston LLC), Credit Suisse Holdings   )
(USA), Inc. (f/k/a Credit Suisse First Boston,   )
Inc.), and Credit Suisse (USA), Inc. (f/k/a   )
Credit Suisse First Boston (U.S.A.), Inc.), the   )
subsidiaries and affiliates of each, and Does 1   )
through 100,   )
                                        )
            Defendants.     )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware and the attached certification, Lee E. Kaufman, a member in good standing of the Bar of the State of Delaware and admitted to practice before the United States District Court for the District of Delaware, moves the admission pro hac vice of Mary Warren, of Linklaters, LLP, 1345 Avenue of the Americas, New York, NY 10105 to represent defendants Credit Suisse, et al., in the above-captioned proceeding.

Dated: January 3, 2008

_____
Lee E. Kaufman (No. 4877)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendants*
*Credit Suisse, et al.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 3, 2008

Mary K. Warren
Linklaters, LLP
1345 Avenue of the Americas
New York, NY 10105

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
THE HONORABLE JUDGE FARNAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Lee E. Kaufman, do hereby certify that on January 3, 2008, I caused copies of the foregoing **Motion and Order for Admission Pro Hac Vice** to be served upon the following parties in the manner indicated:

**Via Hand Delivery**
Marla R. Eskin, Esq.
Kathleen Campbell Davis, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

**Via First Class Mail**
Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

Lee E. Kaufman (No. 4877)