## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHRISTOPHER M. SAMIS

DIRECT DIAL NUMBER
302-651-7845
SAMIS@RLF.COM

January 15, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

Re: **OHC Liquidation Trust v. Credit Suisse, et al. Adv. Pro. No. 04-57060 (PJW) / Civil Action Nos. 07-799 (JJF) & 07-215 (JJF)**

Dear Judge Farnan,

We write concerning the above-referenced Adversary Proceeding, and the Order issued by the Bankruptcy Court on Thursday, January 10, determining that this Adversary Proceeding is a core proceeding under the Bankruptcy Code [Adv. D.I. No. 231]. That determination having been made, we understand Plaintiff's Motion to Withdraw the Reference is now ready for submission to this Court for resolution.

Given the multiple motions outstanding, including Defendants' Motion for Leave to Appeal relating to the Bankruptcy Court's decision concerning Plaintiff's jury trial rights, and the unique procedural history here, Defendants requested a status conference so that the parties could apprise the Court of their respective positions both on the pending motions as well as potential further proceedings. By letter dated December 26, 2007, Plaintiff opposed Defendants' request for a status conference.

Defendants continue to believe a status conference is appropriate given the posture in which this matter arrives before this Court. Both motions currently pending focus on the central issue of whether Plaintiff is entitled to a jury trial on any claim in this proceeding, and resolution of both motions may not be necessary. In addition, resolution of the issues raised by the pending motions, including Plaintiff's request to set a trial date in the District Court, will necessarily require consideration of the prior procedural history in this action.

RLF1-3244116-1

The Honorable Joseph J. Farnan, Jr.
January 15, 2008
Page 2

A status conference will enable the parties and the Court to ensure that all issues are identified and resolved such that this action may move forward in a timely fashion.

                                                   Respectfully,

                                                   Christopher M. Samis

CMS/aem
cc: VIA ELECTRONIC MAIL
    R. Paul Wickes, Esq.
    Mary K. Warren, Esq.
    Michael J. Osnato, Jr., Esq.
    J. Justin Williamson, Esq.
    Marla Rosoff Eskin, Esq.
    Tony Castanares, Esq.
    Stephan M. Ray, Esq.
    Scott H. Yun, Esq.
    Whitman L. Holt, Esq.

RLF1-3244116-1