IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Oakwood Homes Corporation, et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| OHC Liquidation Trust,<br><br>                              Plaintiff,<br><br>       v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>                              Defendants. | Civil Action Nos. 07-799 (JJF) & 07-215 (JJF)<br><br>Re: Docket No. 1 |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON THE PLAINTIFF'S MOTION TO WITHDRAW THE REFERENCE AND TO SET DATES FOR A PRE-TRIAL <u>CONFERENCE AND JURY TRIAL BEFORE THE DISTRICT COURT</u>**

Defendants Credit Suisse (f/k/a Credit Suisse First Boston), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.) (collectively, "Defendants") hereby request oral argument, pursuant to Local

Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, on the *Plaintiff's Motion to Withdraw the Reference and to Set Dates for a Pre-Trial Conference and Jury Trial before the District Court* [Docket No. 1].

Dated:   January 15, 2008
         Wilmington, Delaware

> Respectfully submitted,
>
> /s/ Christopher M. Samis
> _____
> Mark D. Collins (No. 2981)
> Russell C. Silberglied (No. 3462)
> Lee E. Kaufman (No. 4877)
> Christopher M. Samis (No. 4909)
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> (302) 651-7700
>
>     -and-
>
> R. Paul Wickes
> Mary K. Warren
> Michael Osnato
> J. Justin Williamson
> LINKLATERS
> 1345 Avenue of the Americas
> New York, New York 10105
> (212) 424-9000
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on January 15, 2008, I caused copies of the foregoing **Defendants' Request for Oral Argument on the Plaintiff's Motion to Withdraw the Reference and to Set Dates for a Pre-Trial Conference and Jury Trial Before the District Court** to be served upon the following parties in the manner indicated:

**Via Hand Delivery**
Marla R. Eskin, Esq.
Kathleen Campbell Davis, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

**Via First Class Mail**
Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

_____
Christopher M. Samis (No. 4909)

RLF1-3244122-1