## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

January 16, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

Re:   **OHC Liquidation Trust v. Credit Suisse, et al., Adv. Pro. No. 04-57060 (PJW) / Civil Action Nos. 07-799 (JJF) & 07-215 (JJF)**

Dear Judge Farnan:

Defendants regret the need to burden the Court with additional correspondence with respect to this Adversary Proceeding. Local Rule 5011-1 of the Bankruptcy Court requires a party filing a motion to withdraw the reference to move the Bankruptcy Court to determine whether the action is a core or non-core proceeding. This Rule is a recognition of the mandate in 28 U.S.C. § 157(d)(3) that a Bankruptcy Judge make an initial determination of "whether a proceeding is a core proceeding." Such determination is a prerequisite to submission of the motion to withdraw the reference to the District Court.[1] Accordingly, Defendants submitted a request for oral argument within three days of the Bankruptcy Court's order determining this action a core proceeding, which, under the circumstances here, was timely.

Respectfully submitted,

*/s/ Russell C. Silberglied/*
Russell C. Silberglied

---

[1] In the Matter of Delaware & Hudson Railway Co., 122 B.R. 887 (D. Del. 1991) (concluding that before withdrawal of reference motion is presented to District Court, Bankruptcy Court must make determination of whether proceedings are core or non-core)

RLF1-3244608-1

The Honorable Joseph J. Farnan, Jr.
January 16, 2008
Page 2

RCS/aj
cc: VIA ELECTRONIC MAIL
    R. Paul Wickes, Esq.
    Mary K. Warren, Esq.
    Michael J. Osnato, Jr., Esq.
    J. Justin Williamson, Esq.
    Marla Rosoff Eskin, Esq.
    Tony Castanares, Esq.
    Stephan M. Ray, Esq.
    Scott H. Yun, Esq.
    Whitman L. Holt, Esq.

RLF1-3244591-1