IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                               :
                                     :
OAKWOOD HOMES CORPORATION,           :    Bankruptcy Case 02-13396 (PJW)
et al,                               :
                                     :
        Debtors.                     :
_____    _____
OHC LIQUIDATION TRUST,               :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :    Civil Action No. 07-799 JJF
                                     :
CREDIT SUISSE, et al.                :
                                     :
        Defendants.                  :

## O R D E R

WHEREAS, on January 22,2008, the Court held a Status
Conference in the above-captioned matter;

WHEREAS, Plaintiff's Motion to Withdraw the Reference
And To Set Dates For A Pretrial Conference and Jury Trial Before
The District Court (D.I. 1) was discussed;

WHEREAS, Defendants' opposes the Motion To Withdraw The
Reference (D.I. 2);

WHEREAS, the Court considered Plaintiff's request for a
jury trial along with the factors for a discretionary withdrawal
as set forth in In re Pruitt, 910 F.2d 1160, 1168 (3d Cir. 1990);

WHEREAS, the Court concluded that withdrawing the
reference would result in the most efficient and economical use
of judicial resources;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Withdraw The Reference And To Set Dates For A Pretrial Conference and Jury Trial Before The District Court (D.I. 1) is **GRANTED**.

2) If the parties agree to a bench trial, counsel shall submit a letter to advise the Court no later than **January 29, 2008**. Otherwise, a Jury Trial will commence on **Tuesday, June 17, 2008 at 9:30 a.m.**

3) A Pretrial Conference will be held on **Thursday, May 8, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference.

4) All case and issue dispositive motions shall be filed by **February 29, 2008**.

5) Defendants' supplemental expert report shall be served by **February 29, 2008**. Expert depositions shall proceed in accordance with the Federal Rules of Civil Procedure.

January 23, 2007
        DATE

_____
UNITED STATES DISTRICT JUDGE