RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

January 29, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

      Re:    **OHC Liquidation Trust v. Credit Suisse, et al.,
Adv. Proc. No. 04-57060 (PJW) / Civil Action No. 07-799 (JJF)**

Dear Judge Farnan:

      Defendants believe that correspondence with the Court is not the appropriate method by which to address the jury trial issues raised in this case. Defendants write only to clarify two issues raised in Plaintiff's January 29 letter. First, pursuant to the Court's January 23 order, the reference of this Adversary Proceeding to the Bankruptcy Court was withdrawn on the basis of judicial economy and not based on the finding of jury trial rights by this Court. In fact, this Court has not had the opportunity to consider the issues raised by Plaintiff's jury trial demand. Second, as explained more fully in Defendants' opposition to Plaintiff's motion to withdraw the reference [Bnk. Docket No. 216], the Bankruptcy Court's decision concerning jury trial rights in the context of a motion to withdraw the reference is not binding on this Court. Plaintiff's reliance on the Bankruptcy Court's decision is therefore misplaced.

      Plaintiff's demand for a jury trial in this Court is the proper subject of a motion to strike, and as discussed in our January 28 letter, Defendants respectfully intend to so move.

Respectfully submitted,

*Russell C. Silberglied*

Russell C. Silberglied

RLF1-3248446-1

The Honorable Joseph J. Farnan, Jr.
January 29, 2008
Page 2

cc:    VIA ELECTRONIC MAIL
       R. Paul Wickes, Esq.
       Mary K. Warren, Esq.
       Michael J. Osnato, Jr., Esq.
       J. Justin Williamson, Esq.
       Marla Rosoff Eskin, Esq.
       Tony Castanares, Esq.
       Stephan M. Ray, Esq.
       Scott H. Yun, Esq.
       Whitman L. Holt, Esq.

RLF1-3248446-1