IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Oakwood Homes Corporation,<br>et al.,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| OHC Liquidation Trust,<br><br>                       Plaintiff,<br><br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>                       Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

**NOTICE OF DEFENDANTS' MOTION TO**
**STRIKE PLAINTIFF'S JURY TRIAL DEMAND**

To:

| | |
|---|---|
| Marla R. Eskin, Esq.<br>Kathleen Campbell Davis, Esq.<br>Campbell & Levine<br>800 North King Street<br>Suite 300<br>Wilmington, DE 19801 | Tony Castanares, Esq.<br>Stephen M. Ray, Esq.<br>Carol Chow, Esq.<br>Whitman L. Holt, Esq.<br>Stutman, Treister & Glatt, PC<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067 |

RLF1-3251161-1

PLEASE TAKE NOTICE that the above-captioned Defendants' Motion To Strike Plaintiff's Jury Trial Demand, dated February 6, 2008 (D.I. 30), shall be presented to the Court on March 7, 2008 at 2:00 p.m. or as soon thereafter as counsel may be heard.

OF COUNSEL:
R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000

Dated: February 6, 2008

Mark D. Collins (#2981)
collins@rlf.com
Russell C. Silberglied (#3462)
silberglied@rlf.com
Lee E. Kaufman (#4877)
kaufman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801

I hereby certify that on February 6, 2008, the foregoing document was sent via electronic mail, hand delivery (local) and first class mail (non-local) to the following non-registered participants:

| | |
|---|---|
| Kathleen Campbell Davis, Esq. | Tony Castanares, Esq. |
| Campbell & Levine | Stephen M. Ray, Esq. |
| 800 North King Street | Carol Chow, Esq. |
| Suite 300 | Whitman L. Holt, Esq. |
| Wilmington, DE  19801 | Stutman, Treister & Glatt, PC |
| | 1901 Avenue of the Stars |
| | 12th Floor |
| | Los Angeles, CA  90067 |

Lee E. Kaufman (#4877)
kaufman@rlf.com