IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Oakwood Homes Corporation,<br>et al.,<br><br>                             Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| OHC Liquidation Trust,<br><br>                             Plaintiff,<br><br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>                             Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

## DEFENDANTS' MOTION TO STRIKE
## PLAINTIFF'S JURY TRIAL DEMAND

Defendants Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.) (collectively, "Defendants" or "Credit Suisse"), hereby move ("Motion") the Court for an order striking the OHC Liquidation Trust's jury trial demand. The grounds for the Defendants' Motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Strike Plaintiff's Jury Trial Demand.

RLF1-3251163-1

Defendants respectfully request that the Court grant their Motion and strike the Plaintiff's jury trial demand. A proposed order is submitted herewith and attached hereto.

Respectfully submitted,

OF COUNSEL:
R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000

Dated: February 6, 2008

Mark D. Collins (#2981)
collins@rlf.com
Russell C. Silberglied (#3462)
silberglied@rlf.com
Lee E. Kaufman (#4877)
kaufman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendants*

# **EXHIBIT A**

RLF1-3251163-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Oakwood Homes Corporation,<br>et al., <br><br>                    Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| OHC Liquidation Trust,<br><br>                    Plaintiff,<br><br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>                    Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY TRIAL DEMAND

Upon consideration of the Defendants' Motion to Strike the Plaintiff's Jury Trial Demand, and any opposition thereto, IT IS THIS ___ DAY OF _____, 2008 HEREBY ORDERED that Defendants' Motion to Strike is GRANTED and the Plaintiff OHC Liquidation Trust's jury trial demand is hereby stricken.

_____
The Honorable Joseph J. Farnan, Jr.

RLF1-3251163-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I caused to be served by electronic service and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

I hereby certify that on February 6, 2008, the foregoing document was sent via electronic mail, hand delivery (local) and first class mail (non-local) to the following non-registered participants:

Kathleen Campbell Davis, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067

Lee E. Kaufman (#4877)
kaufman@rlf.com