IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Oakwood Homes Corporation, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 02-13396 (PJW) |
| OHC Liquidation Trust, <br><br> Plaintiff, <br><br> v. <br><br> Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, <br><br> Defendants. | Adv. Proc. No. 04-57060 (PJW) <br><br> Civil Action No. 07-799 (JJF) |

DECLARATION OF KATE Z. MACHAN IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT (VOLUME I)

CONFIDENTIAL - FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

Dated: February 29, 2008
       Wilmington, Delaware

_/s/ Lee E. Kaufman_
Lee E. Kaufman (No. 4877)
kaufman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Fascimile: (302) 651-7701

Attorneys for Defendants

RLF1-3258544-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>   Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>   Plaintiff,<br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>   Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I caused the **Declaration of Kate Z. Machan in Support of Defendants' Motion for Partial Summary Judgment (Volume I) [filed under seal]** to be delivered to the Clerk of Court and to the following parties who were also served via hand delivery and via federal express:

VIA HAND DELIVERY

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801

RLF1-3258562-1

<u>VIA FEDERAL EXPRESS</u>

Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA  90067

                                                                    Lee E. Kaufman (No. 4877)
                                                                    RICHARDS, LAYTON & FINGER, P.A.
                                                                    920 North King Street
                                                                    Wilmington, Delaware 19801
                                                                    Phone:  302-651-7700
                                                                    Fax:  302-651-7701
                                                                    kaufman@rlf.com

RLF1-3258562-1