IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>        Plaintiff,<br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>        Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

## NOTICE OF SERVICE OF EXPERT WITNESS REPORT OF THOMAS F. BOLAND

PLEASE TAKE NOTICE that on February 29, 2008, the undersigned counsel caused a copy of the **Expert Witness Report of Thomas F. Boland** to be served on counsel of record for the OHC Liquidation Trust in the manner indicated on the attached service list.

RLF1-3258653-2

Date:  February 29, 2008
       Wilmington, Delaware

/s/

Mark D. Collins (#2981)
collins@rlf.com
Russell C. Silberglied (#3462)
silberglied@rlf.com
Lee E. Kaufman (#4877)
kaufman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, NY  10105
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100

*Attorneys for Defendants*

## SERVICE LIST

VIA ELECTRONIC MAIL AND
VIA HAND DELIVERY

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE  19801


VIA ELECTRONIC MAIL AND
VIA FEDERAL EXPRESS

Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA  90067

## CERTIFICATE OF SERVICE

I, Lee E. Kaufman, do hereby certify that on February 29, 2008 I caused copies of the foregoing **Notice of Service of Expert Witness Report of Thomas F. Boland** to be served on the parties on the attached list in the manner indicated.

_____
Lee E. Kaufman (No. 4877)


VIA ELECTRONIC MAIL AND
VIA HAND DELIVERY

Marla R. Eskin, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801


VIA ELECTRONIC MAIL AND
VIA FEDERAL EXPRESS

Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067