IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0799 (JJF) |
| | ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF WHITMAN L. HOLT IN SUPPORT OF PLAINTIFF'S COUNTER-STATEMENT CERTIFYING THAT GENUINE ISSUES OF MATERIAL FACT EXIST (VOLUME I)**

*\*\*CONFIDENTIAL – FILED UNDER SEAL SUBJECT TO A PROTECTIVE ORDER\*\**

Tony Castañares (CA SBN 47564)        -&-        Marla Rosoff Eskin (No. 2989)
Stephan M. Ray (CA SBN 89853)                    Kathleen Campbell Davis (No. 4229)
Scott H. Yun (CA SBN 185190)                     Kathryn S. Keller (No. 4660)
Whitman L. Holt (CA SBN 238198)                  CAMPBELL & LEVINE, LLC
STUTMAN, TREISTER & GLATT, P.C.                  800 N. King Street, Suite 300
1901 Avenue of the Stars, 12th Floor             Wilmington, DE 19801
Los Angeles, CA 90067                            (302) 426-1900
(310) 228-5600

*Special Counsel for the OHC Liquidation Trust*

Dated: March 13, 2008

{D0107692.1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Oakwood Homes Corporation, et al., ) | Case No. 02-13396 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| OHC Liquidation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0799 (JJF) |
| ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a ) | |
| Swiss banking corporation), Credit Suisse ) | |
| Securities (USA), LLC (f/k/a Credit Suisse First ) | |
| Boston LLC), Credit Suisse Holdings (USA), Inc. ) | |
| (f/k/a Credit Suisse First Boston, Inc.), and Credit ) | |
| Suisse (USA), Inc. (f/k/a Credit Suisse First Boston ) | |
| (U.S.A.), Inc.), the subsidiaries and affiliates of ) | |
| each, and Does 1 through 100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on March 13, 2008, I caused a copy of the *Declaration of Whitman L. Holt in Support of Plaintiff's Counter-Statement Certifying That Genuine Issues Of Material Fact Exist (Volume I)*, to be served upon the individuals listed below via the method indicated.

| | |
|---|---|
| Lee E. Kaufman, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Mary K. Warren, Esq.<br>Michael Osnato, Esq.<br>J. Justin Williamson, Esq.<br>Paul R. Wickes, Esq.<br>Linklaters<br>1345 Avenue of the Americas<br>Nineteenth Floor<br>New York, NY 10105<br>**VIA FEDERAL EXPRESS** |

{D0107665.1}

Dated: March 13, 2008               CAMPBELL & LEVINE, LLC

                                    */s/ Kathryn S. Keller*
                                    Kathryn S. Keller (No. 4660)
                                    800 N. King Street, Suite 300
                                    Wilmington, DE 19801
                                    (302) 426-1900