## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0799 (JJF) |
| | ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a | ) | |
| Swiss banking corporation), Credit Suisse | ) | |
| Securities (USA), LLC (f/k/a Credit Suisse First | ) | |
| Boston LLC), Credit Suisse Holdings (USA), Inc. | ) | |
| (f/k/a Credit Suisse First Boston, Inc.), and Credit | ) | |
| Suisse (USA), Inc. (f/k/a Credit Suisse First Boston | ) | |
| (U.S.A.), Inc.), the subsidiaries and affiliates of | ) | |
| each, and Does 1 through 100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DOCUMENTS IN SUPPORT OF PLAINTIFF'S COUNTER-STATEMENT CERTIFYING THAT GENUINE ISSUES OF MATERIAL FACT EXIST (VOLUME II-EXHIBITS A-J)**

***CONFIDENTIAL – FILED UNDER SEAL SUBJECT TO A PROTECTIVE ORDER***

| | | |
|---|---|---|
| Tony Castañares (CA SBN 47564) | -&- | Marla Rosoff Eskin (No. 2989) |
| Stephan M. Ray (CA SBN 89853) | | Kathleen Campbell Davis (No. 4229) |
| Scott H. Yun (CA SBN 185190) | | Kathryn S. Keller (No. 4660) |
| Whitman L. Holt (CA SBN 238198) | | CAMPBELL & LEVINE, LLC |
| STUTMAN, TREISTER & GLATT, P.C. | | 800 N. King Street, Suite 300 |
| 1901 Avenue of the Stars, 12th Floor | | Wilmington, DE 19801 |
| Los Angeles, CA 90067 | | (302) 426-1900 |
| (310) 228-5600 | | |

*Special Counsel for the OHC Liquidation Trust*

Dated: March 13, 2008

{D0107696.1 }

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0799 (JJF) |
| | ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a | ) | |
| Swiss banking corporation), Credit Suisse | ) | |
| Securities (USA), LLC (f/k/a Credit Suisse First | ) | |
| Boston LLC), Credit Suisse Holdings (USA), Inc. | ) | |
| (f/k/a Credit Suisse First Boston, Inc.), and Credit | ) | |
| Suisse (USA), Inc. (f/k/a Credit Suisse First Boston | ) | |
| (U.S.A.), Inc.), the subsidiaries and affiliates of | ) | |
| each, and Does 1 through 100, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on March 13, 2008,

I caused a copy of the ***Documents in Support of Plaintiff's Counter-Statement Certifying That***

***Genuine Issues Of Material Fact Exist (Volume II – Exhibits A-J)***, to be served upon the

individuals listed below via the method indicated.

| | |
|---|---|
| Lee E. Kaufman, Esq. | Mary K. Warren, Esq. |
| Russell C. Silberglied, Esq. | Michael Osnato, Esq. |
| Richards, Layton & Finger, P.A. | J. Justin Williamson, Esq. |
| One Rodney Square | Paul R. Wickes, Esq. |
| 920 North King Street | Linklaters |
| Wilmington, DE 19801 | 1345 Avenue of the Americas |
| **VIA HAND DELIVERY** | Nineteenth Floor |
| | New York, NY 10105 |
| | **VIA FEDERAL EXPRESS** |

Dated: March 13, 2008                          CAMPBELL & LEVINE, LLC


                                               */s/ Kathryn S. Keller*
                                               Kathryn S. Keller (No. 4660)
                                               800 N. King Street, Suite 300
                                               Wilmington, DE 19801
                                               (302) 426-1900

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0799 (JJF) |
| | ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a | ) | |
| Swiss banking corporation), Credit Suisse | ) | |
| Securities (USA), LLC (f/k/a Credit Suisse First | ) | |
| Boston LLC), Credit Suisse Holdings (USA), Inc. | ) | |
| (f/k/a Credit Suisse First Boston, Inc.), and Credit | ) | |
| Suisse (USA), Inc. (f/k/a Credit Suisse First Boston | ) | |
| (U.S.A.), Inc.), the subsidiaries and affiliates of | ) | |
| each, and Does 1 through 100, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on March 13, 2008,

I caused a copy of the ***Documents in Support of Plaintiff's Counter-Statement Certifying That***

***Genuine Issues Of Material Fact Exist (Volume III – Exhibits K-JJ),*** to be served upon the

individuals listed below via the method indicated.

| | |
|---|---|
| Lee E. Kaufman, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Mary K. Warren, Esq.<br>Michael Osnato, Esq.<br>J. Justin Williamson, Esq.<br>Paul R. Wickes, Esq.<br>Linklaters<br>1345 Avenue of the Americas<br>Nineteenth Floor<br>New York, NY 10105<br>**VIA FEDERAL EXPRESS** |

Dated: March 13, 2008                    CAMPBELL & LEVINE, LLC


*/s/ Kathryn S. Keller*
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0107710.1 }