# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>          Plaintiff,<br>    v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>          Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants shall file a response to Plaintiff's Counter-Statement Certifying That Genuine Issues Of Material Fact Exist is extended to and including March 31, 2008.

<u>/s/ Marla Rosoff Eskin</u>
Marla Rosoff Eskin (# 2989)
Kathleen Campbell Davis (# 4229)
Kathryn S. Keller (# 4660)
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900
Special Counsel for the OHC Liquidation Trust

<u>/s/ Anne Shea Gaza</u>
Mark D. Collins (# 2981)
Russell C. Silberglied (# 3462)
Anne Shea Gaza (#4093)
Lee E. Kaufman (# 4877)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
Attorneys for Defendants


OF COUNSEL:
Tony Castañares
Stephan M. Ray
Scott H. Yun
Whitman L. Holt
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600

OF COUNSEL:
R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000


SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge


2