## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

In re:

Oakwood Homes Corporation, et al.,

               Debtors.

OHC Liquidation Trust,

               Plaintiff,

    v.

Credit Suisse (f/k/a Credit Suisse First Boston, a
Swiss banking corporation), Credit Suisse Securities
(USA), LLC (f/k/a Credit Suisse First Boston LLC),
Credit Suisse Holdings (USA), Inc. (f/k/a Credit
Suisse First Boston, Inc.), and Credit Suisse (USA),
Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.),
the subsidiaries and affiliates of each, and Does 1
through 100,

               Defendants.

---------------------------------------------------------

Chapter 11

Case No. 02-13396 (PJW)

Adv. Proc. No. 04-57060 (PJW)

Civil Action No. 07-799 (JJF)

## DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY
## OF MICHAEL TENNENBAUM PURSUANT TO FED. R. EVID. 702

Defendants Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation),

Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse

Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a

Credit Suisse First Boston (U.S.A), Inc.) (collectively "Defendants"), by and through their

undersigned counsel, hereby move this Court pursuant to Federal Rule of Evidence 702 for an

order granting Defendants' Motion to Exclude the Expert Testimony of Michael Tennenbaum.

In support of their motion, Defendants rely upon the accompanying (i) Memorandum of

Law in Support of Defendants' Motion to Exclude the Expert Testimony of Michael

Tennenbaum and (ii) the Declaration of J. Justin Williamson in Support of Defendants' Motion to Exclude the Expert Testimony of Michael Tennenbaum.

WHEREFORE, the Defendants respectfully request that the Court enter an Order substantially in the form of the proposed order attached hereto as <u>Exhibit A</u>, and grant such other and further relief as the Court deems just and proper.

Dated:  April 16, 2008          Respectfully submitted,
       Wilmington, Delaware

Mark D. Collins (No. 2981)
collins@rlf.com
Russell C. Silberglied (No. 3462)
silberglied@rlf.com
Anne S. Gaza (No. 4093)
gaza@rlf.com
Lee E. Kaufman (No. 4877)
kaufman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, NY  10105
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100

*Attorneys for Defendants*

RLF1-3273877-1

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x

In re:

Oakwood Homes Corporation, et al.,

        Debtors.

---

OHC Liquidation Trust,

        Plaintiff,

v.

Credit Suisse (f/k/a Credit Suisse First Boston, a
Swiss banking corporation), Credit Suisse Securities
(USA), LLC (f/k/a Credit Suisse First Boston LLC),
Credit Suisse Holdings (USA), Inc. (f/k/a Credit
Suisse First Boston, Inc.), and Credit Suisse (USA),
Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.),
the subsidiaries and affiliates of each, and Does 1
through 100,

        Defendants.

---------------------------------------------------------x

Chapter 11

Case No. 02-13396 (PJW)

Adv. Proc. No. 04-57060 (PJW)

Civil Action No. 07-799 (JJF)

**Re: Dkt. No. _____**

## ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE EXPERT
## TESTIMONY OF MICHAEL TENNENBAUM PURSUANT TO FED. R. EVID. 702

Upon consideration of the *Defendants' Motion to Exclude the Expert Testimony of
Michael Tennenbaum Pursuant to Fed. R. Evid. 702* (the "Motion to Exclude") filed by Credit
Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities
(USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a
Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston
(U.S.A.), Inc.) (collectively, "Defendants") and any opposition thereto; and the Court having
determined that the legal and factual bases set forth in the Motion to Exclude establish just cause
for the relief requested therein; and the Court having determined that the material facts

RLF1-3273880-1

underlying the Motion are not in dispute and trial on the merits of these counts therefore is not

necessary;

IT IS HEREBY ORDERED THIS _____ DAY OF _____, 2008 THAT:

1.    The Motion to Exclude is GRANTED.


_____
THE HONORABLE JOSEPH J. FARNAN, JR.