IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>       Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>       Plaintiff,<br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>       Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

----------------------------------------

## DEFENDANTS' MOTION TO EXCLUDE CERTAIN TESTIMONY AND DOCUMENTS RELATING TO CREDIT RISK MANAGEMENT REVIEWS

Defendants Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A), Inc.) (collectively "Defendants"), by and through their undersigned counsel, hereby move this Court pursuant to Federal Rule of Evidence 402 and 403 for an order granting Defendants' motion to exclude certain testimony and documents relating to credit risk management reviews.

RLF1-3274025-1

In support of their motion, Defendants rely upon the accompanying (i) Memorandum of Law in Support of Defendants' Motion to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews and (ii) the Declaration of Elizabeth M. Dowd in Support of Defendants' Motion to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews.

WHEREFORE, the Defendants respectfully request that the Court enter an Order substantially in the form of the proposed order attached hereto as <u>Exhibit A</u>, and grant such other and further relief as the Court deems just and proper.

Dated: April 16, 2008
Wilmington, Delaware

Respectfully submitted,

_/s/_____
Mark D. Collins (No. 2981)
collins@rlf.com
Russell C. Silberglied (No. 3462)
silberglied@rlf.com
Anne S. Gaza (No. 4093)
gaza@rlf.com
Lee E. Kaufman (No. 4877)
kaufman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendants*

2

RLF1-3274025-1

# EXHIBIT A

RLF1-3274025-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Oakwood Homes Corporation, et al., | Case No. 02-13396 (PJW) |
| Debtors. | |
| OHC Liquidation Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 04-57060 (PJW) |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | Civil Action No. 07-799 (JJF) <br><br> **Re: Dkt. No.** _____ |
| Defendants. | |

------------------------------------------------------------

**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE
CERTAIN TESTIMONY AND DOCUMENTS RELATING
TO CREDIT RISK MANAGEMENT REVIEWS**

Upon consideration of the *Defendants' Motion to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews* (the "Motion to Exclude") filed by Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.) (collectively, "Defendants") and any opposition thereto; and the

2

Court having determined that the legal and factual bases set forth in the Motion to Exclude establish just cause for the relief requested therein;

IT IS HEREBY ORDERED THIS _____ DAY OF _____, 2008 THAT:

1. The Motion to Exclude is GRANTED.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

RLF1-3274026-1

2