## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| Oakwood Homes Corporation, et al., | Case No. 02-13396 (PJW) |
|        Debtors. | |

| | |
|---|---|
| OHC Liquidation Trust, | |
|        Plaintiff, | |
|     v. | Adv. Proc. No. 04-57060 (PJW) |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | Civil Action No. 07-799 (JJF) |
|        Defendants. | |

-----------------------------------------------------------------

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1.1, the undersigned, counsel of record for Defendants, hereby certifies that reasonable efforts have been undertaken to reach agreement with the opposing party on the matters set forth in Defendants' (i) Motion to Exclude the Expert Testimony of Alan C. Shapiro Pursuant to Fed. R. Evid. 702, (ii) Motion to Exclude the Expert Testimony of Michael Tennenbaum Pursuant to Fed. R. Evid. 702, (iii) Motion Pursuant to Fed. R. Evid. 402 and 403 to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews, and (iv) Motion to Exclude at Trial Testimony and Argument Regarding the Current Subprime Mortgage Crisis, but the parties are unable to reach an agreement.

Dated:  April 16, 2008
       Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
collins@rlf.com
Russell C. Silberglied (No. 3462)
silberglied@rlf.com
Anne S. Gaza (No. 4093)
gaza@rlf.com
Lee E. Kaufman (No. 4877)
kaufman@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, NY  10105
Telephone:  (212) 903-9000
Facsimile:  (212) 903-9100

*Attorneys for Defendants*

2