IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>　　　　　Plaintiff,<br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>　　　　　Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

---------------------------------------------------------------

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE　　:
　　　　　　　　　　　　: SS.
NEW CASTLE COUNTY　:

　　　Waverley L. Dewdney, being duly sworn according to law, deposes and says that she is a Paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on April 16, 2008, she caused a copy of the foregoing to be served upon the parties on the attached service list in the manner indicated thereon:

1) Defendants' Motion to Exclude the Expert Testimony of Michael Tennenbaum Pursuant to Fed. R. Evid. 702 [Docket No. 60]

2) Defendants' Memorandum of Law in Support of their Motion to Exclude the Expert Testimony of Michael Tennenbaum Pursuant to Fed. R. Evid. 702 [Docket No. 61]

3) Declaration of J. Justin Williamson in Support of Defendants' Motion to Exclude the Expert Testimony of Michael Tennenbaum [Docket No. 62]

4) Defendants' Motion to Exclude the Expert Testimony of Alan C. Shapiro Pursuant to Fed. R. Evid. 702 [Docket No. 63]

5) Defendants' Memorandum of Law in Support of their Motion to Exclude the Expert Testimony of Alan C. Shapiro Pursuant to Fed. R. Evid. 702 [Docket No. 64]

6) Declaration of J. Justin Williamson in Support of Defendants' Motion to Exclude the Expert Testimony of Alan C. Shapiro [Docket No. 65]

7) Defendants' Motion to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews [Docket No. 66]

8) Defendants' Memorandum of Law in Support of their Motion Pursuant to Fed. R. Evid. 402 and 403 to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews [Docket No. 67]

9) Declaration of Elizabeth M. Dowd in Support of Defendants' Motion to Exclude Certain Testimony and Documents Relating to Credit Risk Management Reviews [Docket No. 68]

10) Defendants' Motion to Exclude at Trial Testimony and Argument Regarding the Current Subprime Mortgage Crisis [Docket No. 69]

11) Memorandum of Law in Support of Defendants' Motion to Exclude at Trial Testimony and Argument Regarding the Current Subprime Mortgage Crisis [Docket No. 70]

12) Declaration of Antonia B. Sherman in Support of Defendants' Motion to Exclude at Trial Testimony and Argument Regarding the Subprime Mortgage Crisis [Docket No. 71]

13) Certification of Counsel [Docket No. 72]

*/s/ Waverley L. Dewdney*
Waverley L. Dewdney, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

SWORN TO AND SUBSCRIBED before me this __17th__ day of April, 2008.

*/s/ Ann Jerominski*
Notary Public

ANN JEROMINSKI
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2010

RLF1-3274016-1

## SERVICE LIST

| **HAND DELIVERY** | **VIA EMAIL** |
|---|---|
| Marla R. Eskin, Esq.<br>Campbell & Levine<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19801 | Kathleen Campbell Davis, Esq.<br>kdavis@camlev.com<br>Campbell & Levine<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19801 |
| Clerk of the Court<br>United States District Court<br>District of Delaware<br>844 King Street<br>Wilmington, DE  19801 | Tony Castanares, Esq.<br>TCastanares@Stutman.com<br>Stephen M. Ray, Esq.<br>SRay@Stutman.com<br>Carol Chow, Esq.<br>CChow@Stutman.com<br>Whitman L. Holt, Esq.<br>WHolt@Stutman.com<br>Stutman, Treister & Glatt, PC<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA  90067 |

RLF1-3274016-1