IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| OAKWOOD HOMES CORP., et al., | : | Chapter 11 |
| | : | Case No. 02-13396 (PJW) |
| Debtors. | : | |
| | : | |
| OHC LIQUIDATION TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-799 JJF |
| | : | |
| CREDIT SUISSE FIRST BOSTON, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

WHEREAS, Defendants have filed a Motion for Partial Summary Judgment (D.I. 39), and Plaintiff has filed a Counter-Statement Certifying That Genuine Issues of Material Fact Exist (D.I. 50);

WHEREAS, upon review of the papers filed, the Court has concluded that full briefing on Defendants' Motion is necessary;

WHEREAS, a Pretrial Conference is scheduled for May 8, 2008;

WHEREAS, trial is scheduled to commence on June 17, 2008;

NOW THEREFORE, IT IS HEREBY ORDERED

1. The Pretrial Conference scheduled for May 8, 2008 is cancelled.  The June 17, 2008 trial date shall remain in effect.

2. To ensure completion of summary judgment briefing with

sufficient time before the start of trial, Plaintiffs shall submit an answering brief no later than May 12, 2008, and Defendants shall submit any reply brief no later than May 19, 2008.

3. Oral argument on the motion for summary judgment will be held on May 21, 2008 at 9:00 a.m.

April 29, 2008

_____
UNITED STATES DISTRICT JUDGE

2