IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Oakwood Homes Corporation, et al.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW) |
| OHC Liquidation Trust,<br><br>           Plaintiff,<br>v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>           Defendants. | Adv. Proc. No. 04-57060 (PJW)<br><br>Civil Action No. 07-799 (JJF) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                                : SS.
NEW CASTLE COUNTY  :

      Waverley L. Dewdney, being duly sworn according to law, deposes and says that she is a Paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on May 5, 2008, she caused a copy of the foregoing to be served upon the parties on the attached service list in the manner indicated thereon:

          Declaration of J. Justin Williamson in Support of Defendants' Memorandum of Law in Opposition to Plaintiff's Motion in Limine [Docket No. 88]

RLF1-3280103-1

_____
Waverley L. Dewdney, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701


SWORN TO AND SUBSCRIBED before me this 5th day of May, 2008.


_____
Notary Public

ANN JEROMINSKI
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2010

## SERVICE LIST

**Via Hand Delivery**
Marla R. Eskin, Esq.
Kathleen Campbell Davis, Esq.
Campbell & Levine
800 North King Street
Suite 300
Wilmington, DE 19801

**Via First Class Mail**
Tony Castanares, Esq.
Stephen M. Ray, Esq.
Carol Chow, Esq.
Whitman L. Holt, Esq.
Stutman, Treister & Glatt, PC
1901 Avenue of the Stars
12th Floor
Los Angeles, CA 90067