IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Oakwood Homes Corporation, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| OHC Liquidation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0799 (JJF) |
| | ) | |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | ) ) ) ) ) ) ) ) ) | **Re: Civil Docket No. 98** |
| | ) | |
| Defendants. | ) | |

***CONFIDENTIAL – FILED UNDER SEAL SUBJECT TO PROTECTIVE ORDER***

**DECLARATION OF WHITMAN L. HOLT
IN SUPPORT OF THE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTIONS
*IN LIMINE*
**

I, Whitman L. Holt, declare as follows:

1. I am over 18 years of age, and I have personal knowledge of each of the facts stated in this declaration. If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge.

2. I submit this declaration in support of the *Reply Brief in Support of Plaintiff's Motions in Limine* filed by the OHC Liquidation Trust ("**Plaintiff**") in the above-captioned proceeding.

3. I am an attorney at the law firm of Stutman, Treister & Glatt, P.C., special counsel for Plaintiff in this proceeding.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Credit Suisse First Boston "Compliance Manual," which was produced by Defendants with bates numbers CSFB-00053059 – CSFB-00053226. This document was previously marked as deposition exhibit 506.

5. Attached hereto as Exhibit "B" is a true and correct copy of the August 9, 2001 "Presentation to Oakwood Homes," which was produced by Defendants with bates numbers CSFB-00052849 – CSFB-00052905. This document was previously marked as deposition exhibit 46.

6. Attached hereto as Exhibit "C" is a true and correct copy of an August 9, 2001 e-mail from Fiachra O'Driscoll, which was produced by Defendants with bates number CSFB-00014152.

7. Plaintiff's counsel deposed Mr. Jared Felt – an employee of the entity formerly known as Credit Suisse First Boston LLC, and the signatory of the proofs of claim underlying portions of this proceeding – on June 15-16, 2006. True and correct copies of

1

relevant excerpts from the transcript of Mr. Felt's deposition are attached hereto as Exhibit "D."

8. Attached hereto as Exhibit "E" is a true and correct copy of a November 7, 2002 e-mail from Jared Felt, which was produced by Defendants with bates number CSFB-00041143. This document was previously marked as deposition exhibit 30.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2008, at Los Angeles, California.

_____
Whitman L. Holt

# EXHIBIT A REDACTED IN ITS ENTIRETY

# EXHIBIT B REDACTED IN ITS ENTIRETY

# EXHIBIT C REDACTED IN ITS ENTIRETY

# EXHIBIT D REDACTED
# IN ITS ENTIRETY

# EXHIBIT E REDACTED
# IN ITS ENTIRETY

Case 1:07-cv-00799-JJF    Document 103-6    Filed 05/19/2008    Page 1 of 1