RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

May 22, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Wilmington, Delaware 19801

Re: **OHC Liquidation Trust v. Credit Suisse, et al. (In re Oakwood Homes Corp.) (C. A. No. 07-799-JJF)**

Dear Judge Farnan:

We were surprised to receive today's letter to the Court from counsel for the Trust, as we thought the clear import of our discussion yesterday was that the parties would agree on the bond pricing data to be provided to the Court. Thus, because we think it will be helpful to the Court, we enclose a chart showing the movement of the bond prices between January 2000 and September 2004, which was originally produced with the underlying data which the Trust submitted. We note that there are two bond issuances: 7.875% bonds due in March 2004, and 8.125% bonds due in March 2009.

Additionally, while Plaintiff's letter suggests that the ultimate recovery to the bondholders was "without interest," of course the bondholders *did* receive interest up until the bankruptcy filing in November 2002, which they would not have received had the bankruptcy been commenced earlier, as Plaintiffs argue it should have been.

Respectfully,

/s/ Russell C. Silberglied

Russell C. Silberglied (#3462)

RCS/lam
Enclosure

The Honorable Joseph J. Farnan, Jr.
May 22, 2008
Page 2

cc:    VIA ELECTRONIC MAIL
      R. Paul Wickes
      Mary K. Warren
      Michael J. Osnato, Jr.
      J. Justin Williamson
      Marla Rosoff Eskin, Esq.
      Tony Castanares, Esq.
      Stephan M. Ray, Esq.
      Scott H. Yun, Esq.
      Whitman L. Holt, Esq.

RLF1-3237825-1

DRAFT - Subject to Change
Attorney Work Product

