IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| OAKWOOD HOMES CORP., et al., | : | Chapter 11 |
| | : | Case No. 02-13396 (PJW) |
| Debtors. | : | |
| | : | |
| OHC LIQUIDATION TRUST, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-799 JJF |
| CREDIT SUISSE FIRST BOSTON, et al., | : | |
| Defendants. | : | |

**ORDER**

At Wilmington, this 9th of June 2008, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED:

1. Credit Suisse's Motion for Partial Summary Judgment (D.I. 39), is **GRANTED**.

2. Further, as referral is appropriate under 28 U.S.C. § 157(a) for the remaining claims, the Court will refer this matter to the United States Bankruptcy Court for the District of Delaware.

*[signature]*
UNITED STATES DISTRICT JUDGE