| | |
|---|---|
| 800 N. King Street<br>Suite 300<br>Wilmington, DE  19801<br>Telephone:  302-426-1900<br>Facsimile:  302-426-9947 | **Marla R. Eskin**  •meskin@camlev.com |

## Campbell & Levine, LLC
Attorneys at Law

June 11, 2008

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street
Room 4124
Lockbox 27
Wilmington, Delaware 19801

    Re: ***OHC Liquidation Trust v. Credit Suisse, et al. (In re Oakwood Homes Corp.)***,
       **Civil Case No. 07-cv-00799-JJF.**

Dear Judge Farnan:

  Tony Castañares has asked me to write the following message to you:

  I write regarding your opinion of June 9, 2008 (D.I. 110), not to ask for any substantive relief, but respectfully to request a point of personal privilege, especially if Your Honor intends that the opinion be published.  At page 20, footnote 2, the opinion states that I argued that Oakwood's management were "rubes."  It is not my practice to describe anyone, even my opponents, by such epithets in open court, and far less would I do so with persons whom I need as witnesses on the remaining claims in the case.

  It is true that we contended that Oakwood's management did not fully understand all aspects of complicated ABS transactions.  It is also true that Your Honor posed a question to me containing a premise that Oakwood's management was incompetent, and that I chose not to quarrel with Your Honor's premise, but to answer the question directly instead.  But I did not use the term "rubes," and I do not believe that anything I actually argued to Your Honor was to that effect, because I do not believe it to be true.

  My opponent Mr. Wickes, seeking to counter my actual argument, used that term at 69:12 of the transcript.

{D0113606.1 }

The Honorable Joseph J. Farnan, Jr.
June 10, 2008
Page 2

     I respectfully request that Your Honor amend the opinion accordingly, as Your Honor sees fit. Thank you for considering this request.

                                  Respectfully submitted,

                                  */s/ Marla Rosoff Eskin*

                                  Marla Rosoff Eskin

Encl.

cc:     VIA ELECTRONIC MAIL
     Tony Castañares, Stutman, Treister & Glatt P.C.
     Stephan M. Ray, Stutman, Treister & Glatt P.C.
     Scott H. Yun, Stutman, Treister & Glatt P.C.
     Whitman L. Holt, Stutman, Treister & Glatt P.C.
     Russell C. Silberglied, Richards, Layton & Finger, P.A.
     R. Paul Wickes, Linklaters LLP
     Mary K. Warren, Linklaters LLP
     Michael J. Osnato, Jr., Linklaters LLP
     J. Justin Williamson, Linklaters LLP