IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| OAKWOOD HOMES CORP., et al., | : | Chapter 11 |
| | : | Case No. 02-13396 (PJW) |
| Debtors. | : | |
| | : | |
| OHC LIQUIDATION TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-799 JJF |
| | : | |
| CREDIT SUISSE FIRST BOSTON, et al., | : | |
| | : | |
| Defendants. | : | |

**ERRATA ORDER**

WHEREAS, the Court issued a Memorandum Opinion (D.I. 110) dated June 9, 2008, in the above-captioned case which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the sentence that begins footnote two on page 20 reading, "During oral argument, counsel for OHC suggested that Oakwood's Board and Management were unsophisticated "rubes," out of their element and unable to comprehend the ramifications of their business decisions." is amended to read: "During oral argument, counsel for OHC suggested that Oakwood's Board and Management were out of their element and unable to comprehend the ramifications of their business decisions."

June 16, 2008
  DATE

_____
UNITED STATES DISTRICT JUDGE